IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr205WHB-JCS

ANGENITA SMITH

ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the indictment without prejudice.

SO ORDERED, this the 2nd day of February, 2007.

s/William H. Barbour, Jr.
William H. Barbour
United States District Judge